IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMOTHY R. McCRAY,<br><br>    Plaintiff(s),<br><br>v.<br><br>J. RODRIGUEZ,<br><br>    Defendant(s). | No. C 06-6565 CRB (PR)<br><br>ORDER OF DISMISSAL |

Plaintiff, a prisoner at Kern Valley State Prison, has filed his third prisoner complaint under 42 U.S.C. § 1983 alleging that superior court deputy clerk J. Rodriguez unlawfully interfered with his right to file in state superior court. Plaintiff first raised these allegations in a prisoner complaint which was dismissed on the merits under the authority of 28 U.S.C. § 1915A(b) on August 18, 2006. See McCray v. Rodriguez, No. C 06-4805 CRB (PR) (N.D. Cal. Aug. 18, 2006) (order of dismissal). He again raised the same allegations in a second prisoner complaint which was dismissed on September 7, 2006. See McCray v. Rodriguez, No. C 06-5367 CRB (PR) (N.D. Cal. Sept. 7, 2006) (order of dismissal). And a third time when he filed the instant action in the Central District of California. The action was transferred to this court.

A prisoner complaint that merely repeats pending or previously litigated claims may be considered abusive and dismissed under the authority of 28 U.S.C. § 1915A(b). Cf. Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995)

|   |   |
|---|---|
| 1 | (citing <u>Bailey v. Johnson</u>, 846 F.2d 1019, 1021 (5th Cir. 1988)) (duplicative in |
| 2 | forma pauperis complaint may be considered abusive and dismissed under 28 |
| 3 | U.S.C. § 1915).  Because plaintiff raised and litigated the same allegations and |
| 4 | claim raised herein in two prior prisoner complaints, the instant complaint is |
| 5 | deemed duplicative and abusive under § 1915A.  Nothing plaintiff adds in this |
| 6 | third attempt to litigate the same claim compels a different result. |
| 7 |     Plaintiff's request to proceed in forma pauperis is DENIED and the |
| 8 | complaint is DISMISSED under the authority of 28 U.S.C. § 1915A(b). |
| 9 |     The clerk shall enter judgment in accordance with this order and close the |
| 10 | file.  No fee is due. |
| 11 | SO ORDERED. |
| 12 | DATED: <u>October 26, 2006</u> |
| 13 | CHARLES R. BREYER<br>United States District Judge |

2